UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES R. WELCOME,
    Plaintiff,

v.                                                                       Case No.: 3:13cv608/MCR/EMT

RAYMOND E. MABUS,
Secretary of the Navy,
    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 1, 2014 (doc. 35). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of all timely filed objections (*see* doc. 38).

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (doc. 30) is **GRANTED IN PART** as follows:

    a. The motion is **GRANTED** as to the following claims, and they will be **DISMISSED with prejudice**:

        (1) Plaintiff's claim that Defendant discriminated against him on account of his race by failing to refer or select him for three positions as a Supervisory Industrial Specialist, GS-1150-12/13, vacancy announcement number 00-MR52-SPL-0726;

        (2) Plaintiff's claim that Defendant unlawfully amended his Formal EEO Complaint; and

        (3)    Plaintiff's claim that Defendant failed to comply with the notification requirement of 29 C.F.R. § 1614.108(g).

    b.    The motion to dismiss (doc. 30) is **DENIED** as to Plaintiff's claims that Defendant discriminated against him on account of his race by failing to refer or select him for the 33 positions identified in the Department of the Navy's Notice of Acceptance of Discrimination Complaint dated October 6, 2011.

3.    This matter is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's surviving claims identified in ¶ 2b., *supra*.

**DONE AND ORDERED** this 8th day of September, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**