UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES R. WELCOME,

    Plaintiff,

v.                                    Case No.:  3:13cv608/MCR/EMT

RAYMOND E. MABUS,
Secretary of the Navy,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Second Report and Recommendation dated March 25, 2015.  (Doc. 67).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has carefully made a *de novo* determination of each of Plaintiff's timely filed objections (doc. 69).  In each instance of alleged discrimination, Plaintiff either did not meet the eligibility or qualification requirements; his resume did not include key words that would have caused him to be selected through the computer system; the position was cancelled; or other African American applicants were selected.  The Court agrees with the Chief Magistrate Judge's Recommendation.

    Accordingly, it is now **ORDERED** as follows:

    1.    Defendant's Objections are overruled, and the Report and Recommendation (doc. 67) is adopted and incorporated by reference in this Order.

    2.    Defendant's motion for summary judgment (doc. 53) is **GRANTED**.

    3.    The Clerk shall enter judgment in favor of Defendant and close the file.

**DONE AND ORDERED** this 4th day of May, 2015.

                                        *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**